# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Romero, Michael E. | Colorado - Bankruptcy Court | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - U.S. Bankruptcy Court - active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

518 U.S. Custom House
721 19th Street
Denver, CO 80202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | member - executive board | Our Courts, Colorado |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Pendleton, Friedberg, Wilson & Hennessey, P.C. - departed shareholder/director interest in P.C. - no control. Agreement entered into 2003. See note in VIII |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero, Michael E. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | January 2015 | Colorado | Bar Conference | tuition waiver |
| 2. | Bankruptcy Bar of Southern Florida | May 2015 | Florida | Bar Conference | transportation, lodging and food |
| 3. | National Conference of Bankruptcy Judges | October 2015 | Florida | Professional Association annual meeting | transportation, lodging and food |
| 4. | National Conference of Bankruptcy Judges | September, 2015 | Washington, DC | Professional meeting with members of Congress and staff | transportation, lodging and food |
| 5. | American Bankruptcy Institute | March, 2015 | Florida | Bar Conference | transportation lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Romero, Michael E.** | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Cards | J |
| 2. | Bank of America | Credit Card | J |
| 3. | Barclays Bank Delaware | Credit Card | J |
| 4. | Wells Fargo National Bank | Line of Credit/Credit Card | J |
| 5. | Capital One | Credit Card | J |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Custodian Traditional IRA - See note in part VIII | B | Interest | K | T | | | | | |
| 2. Wells Fargo National Bank, Accounts | A | Interest | J | T | | | | | |
| 3. Northwestern Life Insurance Co. Whole Life #1 | C | Interest | L | T | | | | | |
| 4. Northwestern Life Insurance Co. Whole Life #2 | A | Interest | K | T | | | | | |
| 5. Deceased ▒ estate - ▒ is Representative (H)-See Sec. VIII | | | | | | | | | |
| 6. -jewelry | | | | | Distributed | 05/05/15 | J | | ▒ |
| 7. -Misc coins discovered in 2014 (x) | | | | | Distributed | 05/15/15 | J | | ▒ |
| 8. -Undeveloped land in Latimer Co, OK - See comment in Section VIII | | | | | Distributed | 1/10/15 | J | | ▒ and her ▒ |
| 9. -oil royalty from Mustang Fuel from line 17 - See Comment in note VIII | A | Royalty | | | Distributed | 02/23/15 | J | | Colaska, LLC |
| 10. -Wells Fargo accounts | | | | | Distributed | 04/03/15 | K | | ▒ & her ▒ |
| 11. Synetra Life Ins/Ins Prods Edge Pro 7 Annuity | A | Int./Div. | L | T | | | | | |
| 12. Fed. Inc.Sec Tr. Federated Cap Income IRA | A | Int./Div. | K | T | | | | | |
| 13. Lord Abbett Inv. Tr. Short Duration | A | Int./Div. | L | T | | | | | |
| 14. Colaska, LLC (x) See comment in Section VIII | | None | J | S | Open | 6/24/14 | J | | ▒ & her ▒ |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Romero, Michael E. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II.1. No distribution in 2015. Firm dissolved in 2015 and no further distributions will be made. Agreement is no longer valid and will be deleted in next year's report

VII.1 ▒▒▒ retirement account. Total investment in American Balanced Fund Inc. Class A. no transaction

VII.5 ▒▒▒ became representative of deceased mother's death during 2014. Assets fully distributed and Estate closed 5/5/15

VII.8, 9, 14 Colaska, LLC created 2014 to hold OK property and royalty interest. Colaska, LLC interests held equally between ▒▒▒ and her ▒▒▒ No assets in LLC until transfer of the title in OK property by ▒▒▒ and her ▒▒▒ on January 10, 2015 and transfer of royalty interest from ▒▒▒ estate in February 2015.

| Name of Person Reporting | Date of Report |
|---|---|
| Romero, Michael E. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael E. Romero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544